FILED

04/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0525

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0525

_____

IN RE THE PARENTING OF:
A.P.V.W., a minor child,

DAVID ALLEN WARD,

       Petitioner and Appellee,

                                   O R D E R

   vs.

SHANELLE J. VAN DYKE,

       Respondent and Appellant.

_____

     Upon consideration of Appellant's motion for extension of time, and good cause appearing,

     Appellant is granted an extension of time to and including May 16, 2022, within which to prepare, file, and serve Appellant's reply brief.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 12 2022